UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| HERSHEL WALKER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 4:14-CV-2094 CAS |
| v. ) | |
| ) | |
| NORTHVIEW VILLAGE NURSING ) | |
| CENTER and MARKLOUFF SOUISSA, ) | |
| ) | |
| Defendants. ) | |

## ORDER OF DISMISSAL

This pro se employment action was removed to this Court by defendants on December 23, 2014. At that time, plaintiff's address was listed as Prince Hall Family Support Center, 4411 N. Newstead, St. Louis, Missouri, 63115.

The record reflects that a copy of the Court's Order dated January 8, 2015 was mailed to plaintiff at his address of record on January 8, 2015. The Order was returned to the Clerk of the Court on February 2, 2015 with "Return to Sender," "Attempted — Not Known," and "Unable to Forward" stamped on the envelope. (See Doc. 12). The envelope also has handwriting that states "Return" and "refused." (Id.). Since this mailing was returned to the Court, the Clerk has not been advised of plaintiff's current address.

Local Rule 2.06(B) provides,

> Every pro se party shall promptly notify the Clerk and all other parties to the proceedings of any change in his or her address and telephone number. If any mail to a pro se plaintiff or petitioner is returned to the Court without a forwarding address and the pro se plaintiff or petitioner does not notify the Court of the change of address within thirty (30) days, the Court may, without further notice, dismiss the action without prejudice.

E.D. Mo. L.R. 2.06(B).

Because plaintiff has not advised the Court of any change in address since the return of the Order to this Court on February 2, 2015, and more than thirty days has passed since that date,

**IT IS HEREBY ORDERED** that this action is **DISMISSED without prejudice**.

**IT IS FURTHER ORDERED** that all pending motions are **DENIED without prejudice**. [Docs. 6, 8, and 11]

_____
**CHARLES A. SHAW**
**UNITED STATES DISTRICT JUDGE**

Dated this 5th day of March, 2015.